FILED
July 23, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002799635

LAW OFFICE OF JOSEPH FEIST
Joseph Feist, SBN: 249447
468 Manzanita Ave., Suite 7
Chico, CA 95926
Tel: (530) 345-2102
Fax: (530) 345-2103

Attorneys for Debtors
TRACY SMITH and
JOSIE SMITH

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT COURT OF CALIFORNIA

In re:

TRACY SMITH and
JOSIE SMITH

Debtors.

) Case No.: 10-33768-A-7
)
) Chapter 7
)
) DCN: JKF-2
)
) **MOTION FOR ORDER COMPELLING**
) **TRUSTEE TO ABANDON DEBTORS'**
) **BUSINESS AS ASSET OF ESTATE [11**
) **USCS §§ 554(b), 721 ]**
)
) Date: August 23, 2010
) Time: 9:00 A.M.
) Ctrm: 28, 7th Floor
) Honorable Michael S. McManus
)

**MOTION FOR ORDER COMPELLING TRUSTEE TO ABANDON DEBTORS'
BUSINESS AS AN ASSET OF THE ESTATE**

Debtors TRACY & JOSIE SMITH, by and through their attorney of record JOSEPH K. FEIST, bring a Motion to Compel Trustee to Abandon The Estate's Interest in Debtors' Business ("Motion") pursuant to 11 U.S.C.S. §§554(b) and 721 of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 6007(b).

///

///

By this motion Debtors request that the Court enter an order compelling the Chapter 7 Trustee to abandon the bankruptcy estate's interest in Debtors' business on the following grounds:

1. Debtors' business does not possess or own any assets that might be liquidated for value to benefit creditors and is therefore of inconsequential benefit to the estate, and;

2. The retention and operation of the business by the Trustee would be burdensome and costly to the estate and the creditors thereof.

Said grounds will be supported by this notice of motion, by the motion filed herewith, by the pleadings and papers on file in this bankruptcy case, memorandum of points and authorities herein, declaration in support of this motion and exhibits, if any, filed herewith, and by such oral and documentary evidence as the Court may permit upon the hearing of this motion.

LAW OFFICE OF JOSEPH FEIST

Dated: July 23, 2010

By: /s/ Joseph K. Feist
JOSEPH K. FEIST
Attorney for Debtors